[No. 30789-8-II.   Division Two.   March 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS A. ZIBELL II, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00132-5, Toni A. Sheldon, J., entered August 15, 2003. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Hunt, JJ.

[No. 30885-1-II.   Division Two.   March 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG MICHAEL CAHILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05324-8, Kathryn J. Nelson, J., entered August 19, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, J.; Quinn-Brintnall, C.J., dissenting.

[No. 31550-5-II.   Division Two.   March 14, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. BRYAN R. INGRAM, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-00814-9, James E. Warme, J., entered March 11, 2004. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Bridgewater, JJ.